**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

IN RE: HEALTH MANAGEMENT ASSOCIATES, INC.,
QUI TAM LITIGATION (NO. II)                                    MDL No. 2524

(SEE ATTACHED SCHEDULE)

**FILED**

FEB 1 2 2019

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**SEPARATION OF CERTAIN CLAIMS
AND CONDITIONAL REMAND ORDER**

The transferee court in this litigation has, in the actions on this conditional remand order, remanded the following claims: (1) *Miller*, E.D. Pennsylvania, No. 5:10-03007 -- all remaining claims; (2) *Mason*, W.D. North Carolina, No. 3:10-00472 -- plaintiff-relators' private causes of action: (a) retaliation under the False Claims Act against Health Management Associates, Inc. (HMA), (b) retaliation under the North Carolina False Claims Act against HMA, (c) unfair and deceptive trade practices under North Carolina statutory law against HMA and Emcare, (d) common law tortious interference with a contractual relationship against HMA and Emcare, (e) common law defamation and slander per se against HMA, and (f) claims for attorneys' fees, costs, and expenses relating to the foregoing causes of action; and (3) *Meyer*, D. South Carolina, No. 0:11-01713 -- plaintiff Meyer's private causes of action against HMA: (a) retaliation under 31 U.S.C. 3730(h), (b) common law tortious interference with a business relationship, and (c) claims for attorneys' fees and costs relating to the foregoing causes of action.

IT IS THEREFORE ORDERED that all above referenced claims in the actions on this conditional remand order be remanded to their respective transferor courts.

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the District of Columbia.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the District of Columbia with a stipulation or designation of the contents of the record to be remanded.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Feb 12, 2019

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: HEALTH MANAGEMENT ASSOCIATES,
INC., QUI TAM LITIGATION (NO. II)**                    MDL No. 2524

## SCHEDULE FOR CRO

| TRANSFEREE DIST DIV. C.A. NO. | TRANSFEROR DIST DIV. C.A. NO. | CASE CAPTION |
|---|---|---|
| DC 1 14–00579 | NCW 3 10–00472 | MASON vs. HEALTH MANAGEMENT ASSOCIATES, INC ET AL |
| DC 1 14–00583 | PAE 5 10–03007 | MILLER et. al. vs HEALTH MANAGEMENT ASSOCIATES, INC. et. al. |
| DC 1 14–00586 | SC 0 11–01713 | MEYER et al v. HEALTH MANAGEMENT ASSOCIATES INC. et al |



**ECF
DOCUMENT**

I hereby attest and certify that this is a printed copy of a
document which was electronically filed with the United
States District and Bankruptcy Courts for the District of
Columbia.

ANGELA D. CAESAR, CLERK

*Tiffany Gough*