# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
#### CIVIL ACTION NO. 3:10-CV-00472-GCM

| | | |
|---|---|---|
| MID-ATLANTIC EMERGENCY MEDICAL ASSOCIATES, PA STEVEN G. FOLSTAD THOMAS L. MASON, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | **ORDER** |
| EMERGENCY MEDICAL SERVICES, L.P. EMCARE, INC HEALTH MANAGEMENT ASSOCIATES, INC. MOORESVILLE HOSPITAL MANAGEMENT ASSOCIATES, LLC STATESVILLE HMA, LLC EMCARE HOLDINGS, INC EMERGENCY MEDICAL SERVICES CORPORATION, | ) ) ) | |
| Defendants. | ) ) ) | |

**THIS MATTER COMES** before this Court on the Court's own Motion. Given the unique procedural posture presented by this case, the Court will hold a status conference in this matter on March 26, 2019 at 2:00 p.m. in Courtroom 2-2, 401 W. Trade St., Charlotte, NC 28202. Counsel who are not located in the Charlotte area may appear via telephone if prior arrangements are made with the Clerk's office.

**SO ORDERED**.

Signed: March 4, 2019

Graham C. Mullen
United States District Judge