IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:10-cv-472-GCM

| | |
|---|---|
| THOMAS L. MASON, STEVEN G. FOLSTAD, & MID-ATLANTIC EMERGENCY MEDICAL ASSOCIATES, PA<br><br>Plaintiffs,<br><br>v.<br><br>HEALTH MANAGEMENT ASSOCIATES, INC., *et al,*<br><br>Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **George B. Breen,** filed March 25, 2019 (Doc. No. 49).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1(B), Mr. Breen is admitted to appear before this court *pro hac vice* on behalf of Defendants, Emergency Medical Services Corp., EmCare, Inc., Emcare Holdings, Inc., and Emergency Medical Services, LP.

**IT IS SO ORDERED.**

Signed: March 25, 2019

Graham C. Mullen
United States District Judge