# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO. 3:10-cv-472-GCM

| | |
|---|---|
| THOMAS L. MASON, STEVEN G. FOLSTAD, & MID-ATLANTIC EMERGENCY MEDICAL ASSOCIATES, PA<br><br>**Plaintiffs,**<br><br>v.<br><br>HEALTH MANAGEMENT ASSOCIATES, INC., *et al,*<br><br>**Defendants.** | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Charles J. Mataya,** filed March 25, 2019 (Doc. No. 50).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1(B), Mr. Mataya is admitted to appear before this court *pro hac vice* on behalf of Defendants, Health Management Associates, Inc., Mooresville Hospital Management Associates LLC d/b/a Lake Norman Regional Medical Center, and Statesville HMA, LLC d/b/a Davis Regional Medical Center.

**IT IS SO ORDERED.**

Signed: March 25, 2019

Graham C. Mullen
United States District Judge