# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:10-CV-00472-GCM

|  |  |  |
|---|---|---|
| MID-ATLANTIC EMERGENCY MEDICAL ASSOCIATES, PA STEVEN G. FOLSTAD THOMAS L. MASON, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| EMERGENCY MEDICAL SERVICES, L.P. EMCARE, INC HEALTH MANAGEMENT ASSOCIATES, INC. MOORESVILLE HOSPITAL MANAGEMENT ASSOCIATES, LLC STATESVILLE HMA, LLC EMCARE HOLDINGS, INC EMERGENCY MEDICAL SERVICES CORPORATION, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THE COURT HELD** a status conference in this case on March 26, 2019. For the reasons stated at the status conference, the Court enters the following Order:

- Plaintiffs shall provide Defendants with the Amended Complaint on or before April 16, 2019;

- Defendants are to review the documents provided to the Department of Justice during the *qui tam* portion of the lawsuit. Defendants are to separate and provide to Plaintiffs the documents relevant to these named Defendants within sixty (60) days of entry of this Order;

- The Parties may immediately proceed with third-party document request discovery.

**SO ORDERED**.

Signed: March 26, 2019

Graham C. Mullen
United States District Judge