IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:10-cv-472-GCM

| | |
|---|---|
| THOMAS L. MASON, STEVEN G. FOLSTAD, & MID-ATLANTIC EMERGENCY MEDICAL ASSOCIATES, PA<br><br>**Plaintiffs,**<br><br>v.<br><br>HEALTH MANAGEMENT ASSOCIATES, INC., *et al,*<br><br>**Defendants.** | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Richard W. Westling,** filed March 29, 2019 (Doc. No. 60).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1(B), Mr. Westling is admitted to appear before this court *pro hac vice* on behalf of Defendants, Emergency Medical Services Corp., EmCare, Inc., Emcare Holdings, Inc., and Emergency Medical Services, LP.

**IT IS SO ORDERED.**

Signed: March 29, 2019

Graham C. Mullen
United States District Judge