UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: HEALTH MANAGEMENT ASSOCIATES,
INC., QUI TAM LITIGATION (NO. II)                              MDL No. 2524

(SEE ATTACHED SCHEDULE)

## SEPARATION OF CERTAIN CLAIMS AND CONDITIONAL REMAND ORDER

The transferee court in this litigation has, in the actions on this conditional remand order, remanded the following claims: (1) in U.S. ex rel. Brummer v. Health Mgmt. Assocs., Inc., M.D. Georgia No. 3:09-135: relator Brummer's claims for reasonable attorneys' fees, costs, and expenses under 31 U.S.C. § 3730(d) and analogous state false claims statutes;  (2) in U.S. ex rel. Williams v. Health Mgmt. Assocs., Inc., M.D. Georgia No. 3:12-00151 (mistakenly identified in the Suggestion of Remand as No. 3:09-130): relator Williams's claims for reasonable attorneys' fees, costs, and expenses under 31 U.S.C. § 3730(d) and analogous state false claims statutes; and (3) in U.S. ex rel. Mason et al. v. Health Mgmt. Assocs., Inc., W.D. North Carolina No. 3:10-472: relators Mason, Fostad, and Mid-Atlantic Emergency Medical Associates' claim for reasonable attorneys' fees, costs, and expenses under 31 U.S.C. § 3730(d) and analogous state false claims statutes.

IT IS THEREFORE ORDERED that all above referenced claims in the actions on this conditional remand order be remanded to their respective transferor courts.

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the District of Columbia.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the District of Columbia with a stipulation or designation of the contents of the record to be remanded.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Apr 16, 2019

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

**IN RE: HEALTH MANAGEMENT ASSOCIATES,
INC., QUI TAM LITIGATION (NO. II)**                                      MDL No. 2524

### SCHEDULE FOR CRO

| TRANSFEREE DIST DIV. C.A. NO. | | | TRANSFEROR DIST DIV. C.A. NO. | | | CASE CAPTION |
|---|---|---|---|---|---|---|
| DC | 1 | 14−00573 | GAM | 3 | 09−00135 | BRUMMER v. HOSPITAL MANAGEMENT ASSOCIATES INC et al |
| DC | 1 | 14−00574 | GAM | 3 | 12−00151 | WILLIAMS v. HEALTH MANAGMENT ASSOCIATES INC. et al |
| DC | 1 | 14−00579 | NCW | 3 | 10−00472 | MASON vs. HEALTH MANAGEMENT ASSOCIATES, INC ET AL |