# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:10-CV-00472-GCM

| | |
|---|---|
| THOMAS L. MASON<br>MID-ATLANTIC EMERGENCY MEDICAL ASSOCIATES, PA<br>MID-ATLANTIC EMERGENCY MEDICAL ASSOCIATES, PLLC<br>STEVEN G. FOLSTAD,<br><br>    Plaintiffs,<br><br>  v.<br><br>EMCARE HOLDINGS, INC<br>HEALTH MANAGEMENT ASSOCIATES, LLC<br>HEALTH MANAGEMENT ASSOCIATES, INC.<br>MOORESVILLE HOSPITAL MANAGEMENT ASSOCIATES, LLC<br>STATESVILLE HMA, LLC<br>EMERGENCY MEDICAL SERVICES CORPORATION<br>EMCARE, INC<br>COMMUNITY HEALTH SYSTEMS, INC<br>EMERGENCY MEDICAL SERVICES, L.P.<br>ENVISION HEALTHCARE CORPORATION,<br><br>    Defendants. | **ORDER** |

Pursuant to the parties' Joint Motion filed on June 7, 2019, it is **ORDERED** that the Motion is hereby **GRANTED**, and the Clerk of Court is directed to unseal the Plaintiffs' original Complaint filed on September 23, 2010, Plaintiffs' First Amended Complaint filed on April 18, 2011, and Plaintiffs' Second Amended Complaint filed on April 12, 2012 respectively and to publicly post these complaints on PACER.

1

**SO ORDERED**.

Signed: June 11, 2019

Graham C. Mullen
United States District Judge