IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-00472-KDB-DSC

| | |
|---|---|
| THOMAS L. MASON et. al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>HEALTH MANAGEMENT )<br>ASSOCIATES, LLC et. al., )<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER** is before the Court on "Motion for Admission Pro Hac Vice and Affidavit [for Russell B. Morgan]" (document # 132) filed May 14, 2020. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Kenneth D. Bell.

**SO ORDERED**.

Signed: May 15, 2020

_____
David S. Cayer
United States Magistrate Judge