IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-00472-KDB-DSC

| | |
|---|---|
| THOMAS L. MASON et. al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )    **ORDER** |
| | ) |
| HEALTH MANAGEMENT | ) |
| ASSOCIATES LLC et. al., | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for John S. Linehan and Elizabeth A. Harris]" (documents ##134-35) filed June 17, 2020. For the reasons set forth therein, the Motions will be granted

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Kenneth D. Bell.

**SO ORDERED**.

Signed: June 17, 2020

*/s/ David S. Cayer*
David S. Cayer
United States Magistrate Judge