IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| Thomas Mason, M.D., et al., <br><br> Plaintiffs, <br><br> v. <br><br> Health Management Associates, LLC, et al., <br><br> Defendants. | Case No.: 3:10-CV-472-KDB-DSC <br><br> Hon. Kenneth D. Bell |

ORDER ON
JOINT MOTION TO STAY DEADLINES IN PRETRIAL ORDER AND CASE MANAGEMENT PLAN, AS AMENDED, AND FOR LEAVE TO AMEND DEADLINES

This matter is before the Court on the Joint Motion to Stay Deadlines in Pretrial Order and Case Management Plan (the "CMP"), as Amended, and For Leave to Amend Deadlines. (Doc. No. 213.)

It is hereby **ORDERED** that, for good cause shown, the Joint Motion is **GRANTED** and the case management deadlines are hereby stayed with leave to move to amend the deadlines upon the Court's final relevancy and proportionality ruling and production of all responsive documents.

**SO ORDERED.**

Kenneth D. Bell
United States District Judge