# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:10-CV-00472-KDB

| | |
|---|---|
| THOMAS L. MASON, M.D., ET AL., <br><br> Plaintiff, <br><br> v. <br><br> HEALTH MANAGEMENT ASSOCIATES, LLC, ET AL., <br><br> Defendant. | **ORDER** |

**THIS MATTER** is before the Court on the Motion for Leave to Appear *Pro Hac Vice* as to Madelyn A. Morris (Doc. No. 228) filed by Jonathan C. Krisko on June 23, 2021. Madelyn A. Morris seeks to appear as counsel *pro hac vice* for Defendant EmCare, Inc., EmCare Holdings, Inc., Emergency Medical Services, L.P. and Envision Healthcare Corporation f/k/a Emergency Medical Services Corporation. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will **GRANT** the motion.

**IT IS THEREFORE ORDERED** that in accordance with Local Rule 83.1, the Motion for Leave to Appear *Pro Hac Vice* (Doc. No. 228) is **GRANTED**. Madelyn A. Morris is hereby admitted *pro hac vice* to represent Defendant EmCare, Inc., EmCare Holdings, Inc., Emergency Medical Services, L.P. and Envision Healthcare Corporation f/k/a Emergency Medical Services Corporation.

**SO ORDERED.**

Signed: June 28, 2021

Kenneth D. Bell
United States District Judge