# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO. 3:10-CV-00472-KDB

| | |
|---|---|
| Thomas L. Mason, M.D., et al.; | ) |
| | ) |
| Plaintiffs, | ) |
| vs. | ) |
| | ) |
| Health Management Associates, LLC, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## PLAINTIFFS' AND EMCARE'S JOINT MOTION FOR DISMISSAL OF EMCARE

Plaintiffs Thomas L. Mason, M.D., Steven G. Folstad, M.D., and Mid-Atlantic Emergency Medical Associates, PLLC, f/k/a Mid-Atlantic Emergency Medical Associates, PA ("MEMA") (collectively "Plaintiffs") and Defendants Emergency Medical Services Corporation, EmCare, Inc., EmCare Holdings, Inc., Emergency Medical Services, L.P., and Envision Healthcare Corporation (collectively "EmCare"), acting by and through their respective counsel of record (collectively "the Parties"), pursuant to Federal Rule of Procedure 41(a)(1)(A)(i), hereby move for the entry of an order dismissing EmCare as a defendant and all claims asserted against EmCare or which could have been asserted against EmCare related to the transactions or occurrences set forth in the Plaintiffs' Complaint in the above-captioned matter with prejudice.

This dismissal of Plaintiffs' claims against EmCare shall have no effect on Plaintiffs' pending claims against Community Health Systems, Inc, Health Management Associates, LLC, f/k/a Health Management Associates, Inc, Mooresville Hospital Management Associates, LLC,

d/b/a Lake Norman Regional Medical Center, Statesville HMA LLC, d/b/a Davis Regional Medical Center.

WHEREFORE, for the foregoing reasons, the Parties respectfully request that the Court enter an order in the form of the attached proposed order.

Dated this 24 day of August 2022.  Respectfully submitted,

**MOORE & VAN ALLEN PLLC**

/s/ Thomas D. Myrick
Thomas D. Myrick
NC State Bar No. 12645
Benjamin E. Shook
NC State Bar No. 44793
Sarah A. Sheridan
NC State Bar No. 58748
Bank of America Corporate Center
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Tele. No.: (704) 331-1126
Fax: (704) 331-1159
tommyrick@mvalaw.com
benshook@mvalaw.com
sarahsheridan@mvalaw.com

James F. Wyatt, III
NC State Bar No. 13766
Robert A. Blake, Jr., Esquire
NC State Bar No. 20858
WYATT & BLAKE, LLP
402 W. Trade Street, Suite 101
Charlotte, NC 28202-2609
Tele. No.: (704) 331-0767
Fax: (704) 331-0773
jwyatt@wyattlaw.net
rblake@wyattlaw.net

Marc S. Raspanti
Admitted *Pro Hac Vice*
Pamela Coyle Brecht

Admitted *Pro Hac Vice*
PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP
1818 Market Street, Suite 3402
Philadelphia, PA 19103
Tele. No.: (215) 320-6200
Fax: (215) 981-0082
msr@pietragallo.com
pcb@pietragallo.com

*Counsel for Plaintiffs*


**KIRKLAND & ELLIS LLP**


/s/ Martin L. Roth
Andrew A. Kassof
Martin L. Roth
Madelyn A. Morris
300 North LaSalle
Chicago, IL 60654
Tele. No.: (312)-862-2000
Fax: (312)-862-2200
Andrew.kassof@kirkland.com
Martin.roth@kirkland.com
Madelyn.morris@kirkland.com

Jonathan C. Krisko
NC State Bar No. 28625
Pearlynn G. Houck
NC State Bar No. 36364
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tyron Street, Suite 1900
Charlotte, NC 28246
Tele. No.: (704)-377-2536
Fax: (704)-378-4000
jkrisko@robinsonbradshaw.com
phouck@robinsonbradshaw.com

*Counsel for Defendants EmCare, Inc., EmCare
Holdings, Inc., Emergency Medical Services,
L.P. and Envision Healthcare Corporation f/k/a
Emergency Medical Services Corporation*