**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:10-CV-00472-KDB**

| | |
|---|---|
| Thomas L. Mason, M.D., et al.; | ) |
| | ) |
| Plaintiffs, | ) |
| vs. | ) |
| | ) |
| Health Management Associates, LLC, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

**[PROPOSED] ORDER ON**
**PLAINTIFFS' AND EMCARE'S JOINT MOTION FOR DISMISSAL OF EMCARE**

This matter is before the Court on the Joint Motion for Dismissal of EmCare submitted by Plaintiffs Thomas L. Mason, M.D., Steven G. Folstad, M.D., and Mid-Atlantic Emergency Medical Associates, PLLC, f/k/a Mid-Atlantic Emergency Medical Associates, PA ("MEMA") (collectively "Plaintiffs") and Defendants Emergency Medical Services Corporation, EmCare, Inc., EmCare Holdings, Inc., Emergency Medical Services, L.P., and Envision Healthcare Corporation (collectively "EmCare"), it is hereby **ORDERED** as follows:

1. EmCare shall be dismissed as a defendant and all claims asserted against EmCare or which could have been asserted against EmCare related to the transactions or occurrences set forth in the Plaintiffs' Complaint in the above-captioned matter shall be and are hereby dismissed with prejudice.

2. The Court retains jurisdiction over all claims the Plaintiffs have asserted against Community Health Systems, Inc, Health Management Associates, LLC, f/k/a Health

Management Associates, Inc, Mooresville Hospital Management Associates, LLC, d/b/a Lake Norman Regional Medical Center, Statesville HMA LLC, d/b/a Davis Regional Medical Center.

**SO ORDERED.**


Dated: _____                 _____
                                             The Honorable Kenneth D. Bell
                                             United States District Judge