IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:10-CV-00472-KDB-DSC

| Thomas L. Mason, M.D., *et al.*, | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| vs. | ) | **ORDER** |
| Health Management Associates, LLC, *et al.*, | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the joint Motion for Dismissal of EmCare filed by Plaintiffs Thomas L. Mason, M.D., Steven G. Folstad, M.D., and Mid-Atlantic Emergency Medical Associates, PLLC, f/k/a Mid-Atlantic Emergency Medical Associates, PA ("MEMA") (collectively "Plaintiffs") and Defendants Emergency Medical Services Corporation, EmCare, Inc., EmCare Holdings, Inc., Emergency Medical Services, L.P., and Envision Healthcare Corporation (collectively "EmCare"). (Doc. No. 275). For the reasons stated in the Motion, the Court will grant the Motion.

**IT IS HEREBY ORDERED** that EmCare is dismissed as a defendant and all claims asserted against EmCare or which could have been asserted against EmCare related to the transactions or occurrences set forth in the Plaintiffs' Complaint are hereby dismissed with prejudice.

**SO ORDERED.**

Signed: August 24, 2022

Kenneth D. Bell
United States District Judge