IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-00472-KDB

THOMAS L. MASON, ET AL.,

    Plaintiffs,

    v.

HEALTH MANAGEMENT ASSOCIATES, INC., ET AL.,

    Defendants.

**ORDER**

    **THIS MATTER** is before the Court on Defendant's oral motion requesting the production of the settlement agreement between Plaintiffs and Emergency Medical Services Corporation, EmCare, Inc., EmCare Holdings, Inc., Emergency Medical Services, L.P., and Envision Healthcare Corporation ("the Settlement Agreement"), which Plaintiffs contend is relevant to the issue of damages. *See* Doc. No. 279 p. 1.

    Having found good cause shown, the Court **ORDERS** Plaintiffs to produce the Settlement Agreement subject to the requirements of the Court's protective order. *See Oppenheimer v. Episcopal Communicators, Inc.*, No. 1:19-cv-00282-MR, 2020 U.S. Dist. LEXIS 146398, at *10 (W.D.N.C. Aug. 14, 2020) (confidentiality provisions in "settlement agreements do not bar their disclosure.").

    **SO ORDERED**

Signed: September 16,

Kenneth D. Bell
United States District Judge