**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION CASE NO. 3:10-CV-00472-KDB**

| | | |
|---|---|---|
| **Thomas L. Mason, M.D.,** *et al.,* | ) | |
| **Plaintiffs,** | ) ) | **ORDER** |
| **vs.** | ) ) | |
| **Health Management Associates, LLC,** *et al.,* | ) ) | |
| **Defendants.** | ) ) | |

**THIS MATTER** is before the Court on the Plaintiffs' Motion to Compel *In-Camera* Review of Discrete Documents Identified as Privileged by the HMA Defendants. (Doc. No. 299). The Court has carefully reviewed the motion, the parties' briefs, and other pleadings of record. Based on the Defendants' consent to *in-camera* review, the Court will **GRANT** the Motion. *See* Doc. No. 317, pp. 11, 14, 20 ( the HMA Defendants "do not object" to *in-camera* review to confirm the privileged nature of these documents.).

It is therefore **ORDERED** that the HMA Defendants are hereby directed to provide the Court, for *in-camera* review, all documents set forth in Exhibit 1 to Plaintiffs' Reply Memorandum of Law in Support of Plaintiffs' Request for *In-Camera* Review by December 8, 2022.[1] *See* Doc. No. 322-1.

**SO ORDERED.**

Signed: December 1, 2022

Kenneth D. Bell
United States District Judge

---

[1] The Defendants may provide the documents electronically or by hand delivery.