# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | | |
|---|---|---|
| Thomas L. Mason, M.D., *et al.,* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | **CASE NO. 3:10-CV-00472-KDB** |
| | ) | |
| Health Management Associates, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL

Plaintiffs Thomas L. Mason, M.D., Steven G. Folstad, M.D., and Mid-Atlantic Emergency Medical Associates, PLLC, f/k/a Mid-Atlantic Emergency Medical Associates, PA ("MEMA") (collectively "Plaintiffs") and Health Management Associates, LLC f/k/a Health Management Associates, Inc. ("HMA"), Mooresville Hospital Management Associates, LLC d/b/a Lake Norman Regional Medical Center ("Lake Norman"), and Statesville HMA, LLC d/b/a Davis Regional Medical Center ("Davis") (collectively "Defendants"), acting by and through their respective counsel of record (collectively "the Parties"), pursuant to Federal Rule of Procedure 41(a)(1)(A)(ii), hereby stipulate to a voluntary DISMISSAL WITH PREJUDICE of the above captioned action and all claims asserted therein.

This the 2nd day of November, 2023.

Respectfully submitted,

**WYATT & BLAKE, LLP**

**s/James F. Wyatt, III**
James F. Wyatt, III
NC State Bar No. 13766
Robert A. Blake, Jr.
NC State Bar No. 20858

1

402 W. Trade Street, Suite 101
Charlotte, NC 28202-2609
Tele. No.: (704) 331-0767
Fax: (704) 331-0773
jwyatt@wyattlaw.net
rblake@wyattlaw.net

**MOORE & VAN ALLEN PLLC**

**s/Thomas D. Myrick**
Thomas D. Myrick
NC State Bar No. 12645
Benjamin E. Shook
NC State Bar No. 44793
Sarah A. Sheridan
NC State Bar No. 58748
Tanisha Palvia
NC State Bar No. 43117

Bank of America Corporate Center
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Tele. No.: (704) 331-1126
Fax: (704) 331-1159
tommyrick@mvalaw.com
benshook@mvalaw.com
sarahsheridan@mvalaw.com
tanishapalvia@mvalaw.com

**PIETRAGALLO GORDON ALFANO BOSICK &
RASPANTI, LLP**

**s/Marc S. Raspanti**
Marc S. Raspanti
Admitted *Pro Hac Vice*
Pamela Coyle Brecht
Admitted *Pro Hac Vice*

1818 Market Street, Suite 3402
Philadelphia, PA 19103
Tele. No.: (215) 320-6200
Fax: (215) 981-0082
msr@pietragallo.com
pcb@pietragallo.com

*Counsel for Plaintiffs*

2

**BRADLEY ARANT BOULT CUMMINGS LLP**

**s/Charles J. Mataya**
Charles J. Mataya
Admitted *Pro Hac Vice*
Russell B. Morgan
Admitted *Pro Hac Vice*

Roundabout Plaza
1600 Division Street, Suite 700
Nashville, Tennessee 37203
Tele. No.: (615) 252-2311
Fax: (615) 252-4717
rmorgan@bradley.com
cmataya@bradley.com

Matthew DeAntonio
N.C. State Bar No. 39625

214 N. Tryon Street, Suite 3700
Charlotte, NC 28202
Tele. No.: (704) 338-6115
Fax: (704) 332-8858
mdeantonio@bradley.com

*Counsel for Defendants*

3